THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLEN CLIFF PRESS, INC., Appellant, v. EDWARD SPRINGMANN, as Commissioner of Accounts of the City of

Glen Cove, and STERLING MUDGE, as Commissioner of Finance of Said City, Respondents.— Order denying application for peremptory mandamus order reversed upon the law, and application granted, with fifty dollars costs. We think it was within the power of the city council to advertise for bids for the minutes in question, and in view of the performance of the contract by the relator, and of the delivery of the books, there was no necessity for any bond. Rich, Jaycox, Young, Kapper and Lazansky, JJ., concur.